The order below is hereby signed.

Signed: May 31 2024



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
| | ) | |
| Debtor. | ) | (Chapter 11) |
| _____ | ) | |

## ORDER GRANTING MOTION TO SHORTEN TIME

Upon consideration of the Motion to Shorten Time (the "Motion") filed by 945 Longfellow

St NW LLC ("`945LSNL" or the "Debtor"), any opposition thereto, governing law, and the record

herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that any opposition or objection to the Verified Motion (i) to Sell Eponymous

Real Property; and (ii) For Authority – But Not Obligation – to Assume and Assign All Executory

Contracts (the "Sale Motion") must be filed not later than 5:00 pm prevailing Eastern Time on

Monday, June 3, 2024; and it is further

ORDERED, that a hearing on the Sale Motion shall be convened at 10:00 am prevailing

Eastern Time on Tuesday, June 4, 2024, via hybrid means.


I ask for this:


/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*