```
Label Matrix for local noticing          945 LONGFELLOW ST NW LLC              TD Bank, N.A.
0090-1                                   945 LONGFELLOW ST NW #103             c/o Michael D. Nord
Case 24-00181-ELG                        Washington, DC 20011-8218             Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                  One South Street
Washington, D.C.                                                               Suite 2200
Mon Jun  3 15:08:48 EDT 2024                                                   Baltimore, MD 21202-3343

Washington, D.C.                         Anthon Thomas                         Ayesha Upshur
E. Barrett Prettyman U. S. Courthouse    945 Longfellow St., NW Unit 10        945 Longfellow St., NW
333 Constitution Ave, NW #1225           Washington, DC 20011-8240             Washington, DC 20011-8218
Washington, DC 20001-2802

Brenda Thompson                          DC GOV'T OFFICE OF TAX AND REVENUE    DC GOV'T OFFICE OF TAX AND REVENUE
945 Longfellow St., NW Unit 12           PO BOX 37559                          PO BOX 75520
Washington, DC 20011-8240                WASHINGTON DC 20013-7559              WASHINGTON DC 20013-0520

DC Office of Tax and Revenue             Department of Buildings               Ericka Williams
1101 4th St., SW #270                    1100 4th Street, SW                   945 Longfellow St., NW Unit 11
Washington, DC 20024-4457                Washington, DC 20024-4451             Washington, DC 20011-8240

Fatima Glasco                            Internal Revenue Service              Kalkidan Kumilachew
945 Longfellow St., NW Unit 6            PO Box 7346                           945 Longfellow St., NW Unit 4
Washington, DC 20011-8240                Philadelphia, PA 19101-7346           Washington, DC 20011-8240

Kevin Gilchrist                          MARINA QUINTANILLA-DOE                Maria Hernandez
945 Longfellow St., NW Unit 13           945 Longfellow St., NW Unit 5         945 Longfellow St., NW Unit 9
Washington, DC 20011-8240                Washington, DC 20011-8240             Washington, DC 20011-8240

Markita Jordan                           Michael D. Nord, Esq.                 Shantel Bolks
945 Longfellow St., NW Unit 7            Gebhardt & Smith LLP                  945 Longfellow St., NW Unit 1
Washington, DC 20011-8240                One South Street Suite 2200           Washington, DC 20011-8239
                                         Baltimore, MD 21202-3343

TD Bank, N.A.                            U. S. Trustee for Region Four         US Realty LLC
5900 N. Andrews Ave. Suite 200           U. S. Trustee's Office                2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371           1725 Duke Street                      Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489

Washington Gas and Light Company         Maurice Belmont VerStandig            End of Label Matrix
1000 Maine Ave SW 7th Floor              The VerStandig Law Firm, LLC          Mailable recipients    25
Washington, DC 20024-3496                9812 Falls Road                       Bypassed recipients     0
                                         #114-160                              Total                  25
                                         Potomac, MD 20854-3976
```