IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**In re:**

**1416 EASTERN AVE NE LLC**
**945 LONGFELLOW ST NW LLC**
**2501 NAYLOR RD SE LLC**
**4303-13 WHEELER RD SE LLC**
**4263 6TH ST SE APARTMENTS LLC**
**4935 NHB AVE NE LLC**
**3968 MLK LLC**
**4010 9TH ST SE LLC**
**2440 S ST SE LLC**
**4400 HUNT PL NE LLC**

**Debtor.**

**Case No. 24-180-ELG**
**Case No. 24-181-ELG**
**Case No. 24-182-ELG**
**Case No. 24-183-ELG**
**Case No. 24-184-ELG**
**Case No. 24-185-ELG**
**Case No. 24-186-ELG**
**Case No. 24-187-ELG**
**Case No. 24-188-ELG**
**Case No. 24-189-ELG**

**Chapter 11**

**(NOT JOINTLY ADMINISTERED)**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, I electronically filed the foregoing Motion to Direct the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) or, in the Alternative, to Convert Chapter 11 Cases, and Notice of Motion and Hearing, with the Clerk of the Court in the above-captioned cases and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case(s):

Nancy L. Alper nancy.alper@dc.gov (Case Nos. 24-00180 and 24-00181 only)

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

1

I further certify that on June 20, 2024, a copy of the foregoing Motion and Notice were served by first class mail, postage prepaid to the Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below for each case:

1416 Eastern Ave NE LLC - Case No. 24-00180-ELG

| District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 |
|---|---|
| Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 |
| TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 | Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 |

945 Longfellow St NW LLC – Case No. 24-00181-ELG

| DC Office of Tax and Revenue<br>1101 4th St., SW, #270<br>Washington, DC 20024 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
|---|---|
| TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 | US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 |
| Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 | |

2501 Naylor Rd SE LLC – Case No. 24-00182-ELG

| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 | District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 |
|---|---|
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |
| US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 | Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 |

4303-13 Wheeler Rd SE LLC – Case No. 24-00183-ELG

| | |
|---|---|
| DC Office of Tax and Revenue<br>1101 4th St., SW, #270<br>Washington, DC 20024 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
| District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |

4263 6th St SE Apartments LLC – Case No. 24-00184-ELG

| | |
|---|---|
| District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 |
| Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 |
| TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 | US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 |
| Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 | |

4935 NHB Ave NE LLC – Case No. 24-00185-ELG

| | |
|---|---|
| Department of Consumer and Regulatory Affairs<br>1100 4th St. SW<br>Washington, DC 20024 | District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 |
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |
| US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 | Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 |

3968 MLK LLC – Case No. 24-00186-ELG

| | |
|---|---|
| DC Department of Health<br>899 North Capitol Street, NE, 1st Floor<br>Washington, DC 20002 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |
| US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 | Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 |

4010 9th St SE LLC – Case No. 24-00187-ELG

| | |
|---|---|
| DC Department of Health<br>899 North Capitol Street, NE, 1st Floor<br>Washington, DC 20002 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |
| US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 | Washington Gas and Light Company<br>1000 Main Ave SW, 7th Floor<br>Washington, DC 20024 |
| District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | |

2440 S St SE LLC – Case No. 24-00188-ELG

| | |
|---|---|
| DC Department of Health<br>899 North Capitol Street, NE, 1st Floor<br>Washington, DC 20002 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024 |
| District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |

4400 Hunt Pl NE LLC – Case No. 24-00189-ELG

| | |
|---|---|
| DC Office of Tax and Revenue<br>1101 4th St., SW, #270<br>Washington, DC 20024 | District of Columbia Water and Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 |
| Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720 | US Realty LLC<br>2300 N St NW<br>Suite 300-RLK<br>Washington, DC 20037 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721 | TD Bank, NA<br>5900 N. Andrews Ave., Suite 200<br>Fort Lauderdale, FL 33309 |

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist

5