| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00180-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:55:33 EDT 2024 | 1416 EASTERN AVE NE LLC<br>700 51st Street NE#102B<br>Washington, DC 20019-5549 | (p)CHILD SUPPORT SERVICES DIVISION<br>ATTN LEGAL SERVICES SECTION<br>400 SIXTH ST NW<br>SUITE 8300<br>WASHINGTON DC 20001-0189 |
| TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Donnell Ray<br>1416 Eastern Avenue, NE Unit 102<br>Washington, DC 20019-8136 | Fontavia Griffin<br>1416 Eastern Avenue, NE Unit B2<br>Washington, DC 20019-8136 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lena Carter<br>1416 Eastern Ave., NE Unit B1<br>Washington, DC 20019-8136 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Michelle Christian<br>1416 Eastern Avenue, NE Unit 201<br>Washington, DC 20019-8136 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tyesha Goode<br>1416 Eastern Avenue, NE Unit 101<br>Washington, DC 20019-8136 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Office of the Attorney General for the Distr
400 6th Street, N.W.
Washington, DC 20001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00181-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:07 EDT 2024 | 945 LONGFELLOW ST NW LLC<br>945 LONGFELLOW ST NW #103<br>Washington, DC 20011-8218 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Anthon Thomas<br>945 Longfellow St., NW Unit 10<br>Washington, DC 20011-8240 | Ayesha Upshur<br>945 Longfellow St., NW<br>Washington, DC 20011-8218 |
| Brenda Thompson<br>945 Longfellow St., NW Unit 12<br>Washington, DC 20011-8240 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON DC 20013-0520 |
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Ericka Williams<br>945 Longfellow St., NW Unit 11<br>Washington, DC 20011-8240 |
| Fatima Glasco<br>945 Longfellow St., NW Unit 6<br>Washington, DC 20011-8240 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kalkidan Kumilachew<br>945 Longfellow St., NW Unit 4<br>Washington, DC 20011-8240 |
| Kevin Gilchrist<br>945 Longfellow St., NW Unit 13<br>Washington, DC 20011-8240 | MARINA QUINTANILLA-DOE<br>945 Longfellow St., NW Unit 5<br>Washington, DC 20011-8240 | Maria Hernandez<br>945 Longfellow St., NW Unit 9<br>Washington, DC 20011-8240 |
| Markita Jordan<br>945 Longfellow St., NW Unit 7<br>Washington, DC 20011-8240 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Shantel Bolks<br>945 Longfellow St., NW Unit 1<br>Washington, DC 20011-8239 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | District of Columbia Office of Att General<br>400 6th Street, N.W.<br>Washington, DC 20001-0189 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00182-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:20 EDT 2024 | 2501 NAYLOR RD SE;LLC<br>2501 Naylor Road, SE#103<br>Washington, DC 20020-4026 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Diamond Stewart<br>2501 Naylor Road, SE Unit 3<br>Washington, DC 20020-4026 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Dominique Jones<br>2501 Naylor Road, SE Unit 5<br>Washington, DC 20020-4026 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jessica Phillips<br>2501 Naylor Road, SE Unit B1<br>Washington, DC 20020-4026 |
| Layetta Howard<br>2501 Naylor Road, SE Unit B2<br>Washington, DC 20020-4026 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tiffany Epps<br>2501 Naylor Road, SE Unit 2<br>Washington, DC 20020-4026 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

```
Label Matrix for local noticing          4303-13 WHEELER RD SE LLC                TD Bank, N.A.
0090-1                                   4313 WHEELER RD SE #103                  c/o Michael D. Nord
Case 24-00183-ELG                        Washington, DC 20032-6041                Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Sun Jun 23 20:56:34 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                         Antuan Bookens                           Avaye Armstrong
E. Barrett Prettyman U. S. Courthouse    4309 Wheeler Road, SE Unit 202           4313 Wheeler Road, SE Unit 101
333 Constitution Ave, NW #1225           Washington, DC 20032-6040                Washington, DC 20032-6041
Washington, DC 20001-2802

Brittany Hunt                            Charlene Lindsey                         DC Office of Tax and Revenue
4301 Wheeler Road, SE Unit 203           4305 Wheeler Road, SE Unit 103           1101 4th St., SW #270
Washington, DC 20032-6037                Washington, DC 20032-6039                Washington, DC 20024-4457

Daeshana Anderson                        Dasiah Gordon                            Department of Buildings
4305 Wheeler Road, SE Unit 202           4301 Wheeler Road, SE Unit 103           1100 4th Street, SW
Washington, DC 20032-6039                Washington, DC 20032-6037                Washington, DC 20024-4451

Diana Gottschalk Miller                  District of Columbia Water and Sewer Aut Ebonie Smith
4301 Wheeler Road, SE Unit 104           1385 Canal Street, SE                    4313 Wheeler Road, SE Unit 301
Washington, DC 20032-6037                Washington, DC 20003-5015                Washington, DC 20032-6025

Finiya Johnson                           Internal Revenue Service                 Jacia Garris
4309 Wheeler Road, SE Unit 203           PO Box 7346                              4301 Wheeler Road, SE Unit 202
Washington, DC 20032-6040                Philadelphia, PA 19101-7346              Washington, DC 20032-6037

Jasmine Sockwell                         John Oldham                              Kendria Sidbury
4305 Wheeler Road, SE Unit 203           4305 Wheeler Road, SE Unit 102           4313 Wheeler Road, SE Unit 204
Washington, DC 20032-6039                Washington, DC 20032-6039                Washington, DC 20032-6025

Kierra Bell                              Kysha Rosario                            Massey Property Investors LLC
4301 Wheeler Road, SE Unit 201           4313 Wheeler Road, SE Unit 102           12320 Quilt Patch Ln.
Washington, DC 20032-6037                Washington, DC 20032-6041                Bowie, MD 20720-4359

Michael D. Nord, Esq.                    Nattonnia Ross                           Paris Reese
Gebhardt & Smith LLP                     4309 Wheeler Road, SE Unit 204           4313 Wheeler Road, SE Unit 303
One South Street Suite 2200              Washington, DC 20032-6040                Washington, DC 20032-6025
Baltimore, MD 21202-3343

Pepco                                    Pro Painting & Remodeling Inc.           Ranita Jordan
P.O. Box 13608                           15105 Jennings Ln.                       4301 Wheeler Rd., SE Unit 102
Philadelphia, PA 19101-3608              Bowie, MD 20721-7208                     Washington, DC 20032-6037
```

| | | |
|---|---|---|
| Regina February<br>4313 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6041 | Richelle Pearson<br>4313 Wheeler Road, SE Unit 103<br>Washington, DC 20032-6041 | Rodecia Mason<br>4309 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6040 |
| Ronesha Jones<br>4313 Wheeler Road, SE Unit 302<br>Washington, DC 20032-6025 | Shakira Bell<br>4313 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6041 | Shamona Anderson<br>4301 Wheeler Rd., SE Unit 101<br>Washington, DC 20032-6037 |
| Shanique Swan<br>4301 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6037 | Sherod Harvery<br>4305 Wheeler Road, SE Unit 302<br>Washington, DC 20032-6039 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 |
| Talanda Garrett<br>4305 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6039 | Tevin Jackson<br>4313 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6041 | Tiffany Hunt-Davis<br>4313 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6041 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Vernon Jones<br>4305 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6039 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00184-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:48 EDT 2024 | 4263 6TH ST SE APARTMENTS LLC<br>4263 6th St SE#103<br>Washington, DC 20032-3626 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Chanel Jackson<br>4263 6th Street, SE Unit 1<br>Washington, DC 20032-3626 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jennifer Patrick<br>4265 6th Street, SE Unit 2<br>Washington, DC 20032-3613 |
| Kris Kieh<br>4263 6th Street, SE Unit 2<br>Washington, DC 20032-3626 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Patrice Taylor<br>4265 6th Street, SE Unit 1<br>Washington, DC 20032-3613 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19

```
Label Matrix for local noticing        4935 NHB AVE NE LLC                    TD Bank, N.A.
0090-1                                  4935 Nannie Helen Burroughs Ave, NE#   c/o Michael D. Nord
Case 24-00185-ELG                       Washington, DC 20019-5400              Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                  One South Street
Washington, D.C.                                                               Suite 2200
Sun Jun 23 20:57:02 EDT 2024                                                   Baltimore, MD 21202-3343

Washington, D.C.                        Alicia Hurst                           Allen Reeves
E. Barrett Prettyman U. S. Courthouse   4935 Nannie Helen Burroughs Ave, NE    4935 Nannie Helen Burroughs Ave, NE
333 Constitution Ave, NW #1225          Unit 2                                 Unit 6
Washington, DC 20001-2802               Washington, DC 20019-3676              Washington, DC 20019-5400


Ashleigh Palmer                         DC Office of Tax and Revenue           Department of Buildings
4935 Nannie Helen Burroughs Ave, NE     1101 4th St., SW #270                  1100 4th Street, SW
Unit 3                                  Washington, DC 20024-4457              Washington, DC 20024-4451
Washington, DC 20019-3677


Department of Consumer and Regulatory Af Dijonia Hines                        District of Columbia Water and Sewer Aut
1100 4th St SW                          4935 Nannie Helen Burroughs Ave, NE    1385 Canal Street, SE
Washington, DC 20024-4451               Unit 4                                 Washington, DC 20003-5015
                                        Washington, DC 20019-3678


Internal Revenue Service                Latoia Harris                          Massey Property Investors LLC
PO Box 7346                             4935 Nannie Helen Burroughs Ave, NE    12320 Quilt Patch Ln.
Philadelphia, PA 19101-7346             Unit 1                                 Bowie, MD 20720-4359
                                        Washington, DC 20019-3679


Pepco                                   Pro Painting & Remodeling Inc.         Rodger Otey
P.O. Box 13608                          15105 Jennings Ln.                     4935 Nannie Helen Burroughs Ave, NE
Philadelphia, PA 19101-3608             Bowie, MD 20721-7208                   Unit 5
                                                                                Washington, DC 20019-3676


TD Bank, N.A.                           U. S. Trustee for Region Four          US Realty LLC
5900 N. Andrews Ave. Suite 200          U. S. Trustee's Office                 2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371          1725 Duke Street                       Washington, DC 20037-1122
                                        Suite 650
                                        Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Maurice VerStandig                   End of Label Matrix
                                        Mailable recipients    21
                                        Bypassed recipients     1
                                        Total                  22
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00186-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:57:30 EDT 2024 | 3968 MLK LLC<br>1613 17th PL SE#103<br>Washington, DC 20020-5514 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Brittany Daniel<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 2<br>Washington, DC 20032-1435 | DC Department of Health<br>899 North Capitol Street, NE 1st Floor<br>Washington, DC 20002-5686 |
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JASMINE TAMAKLO<br>3968 Martin Luther King Jr. Ave, SW<br>Unit 4<br>Washington, DC 20032-1435 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Precious Moore<br>3968 Martin Luther King Jr. Avenue, SW<br>Unit 3<br>Washington, DC 20032-1435 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Towanda Chew<br>3968 Martin Luther King Jr. Ave., SW<br>Unit B2<br>Washington, DC 20032-1435 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00187-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:57:43 EDT 2024 | 4010 9TH ST SE LLC<br>4010 9th St SE #B3<br>Washington, DC 20032-6052 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Aunette Banks<br>4010 9th Street, SE Unit 201<br>Washington, DC 20032-6052 | DC Department of Health<br>899 North Capitol Street, NE 1st Floor<br>Washington, DC 20002-5686 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON DC 20013-0520 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Delonya Boyd<br>4010 9th Street, SE Unit 101<br>Washington, DC 20032-6052 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John Amanor<br>4010 9th Street, SE Unit 203<br>Washington, DC 20032-6052 | LAVIA CLARK<br>4010 9th Street, SE Unit 301<br>Washington, DC 20032-6052 |
| Lyrics Watkins<br>4010 9th Street, SE Unit 304<br>Washington, DC 20032-6052 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Natasha Sprattley<br>4010 9th Street, SE Unit 104<br>Washington, DC 20032-6052 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| Ronnell Dawson<br>4010 9th Street, SE Unit 102<br>Washington, DC 20032-6052 | Sharon Risper<br>4010 9th Street, SE Unit 202<br>Washington, DC 20032-6052 | TAKITA JOHNSON<br>4010 9th Street, SE Unit 203<br>Washington, DC 20032-6052 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tracy Davis<br>4010 9th Street, SE Unit 303<br>Washington, DC 20032-6052 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | William Reed<br>4010 9th Street, SE Unit 204<br>Washington, DC 20032-6052 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30

```
Label Matrix for local noticing          2440 S ST SE LLC                        TD Bank, N.A.
0090-1                                    2440 S ST SE #B1                        c/o Michael D. Nord
Case 24-00188-ELG                         Washington, DC 20020-4554               Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Sun Jun 23 20:57:56 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                          Charmayne Mcnair                        DC Department of Health
E. Barrett Prettyman U. S. Courthouse     2440 S St., SE Unit 7                   899 North Capitol Street, NE 1st Floor
333 Constitution Ave, NW #1225            Washington, DC 20020-4587               Washington, DC 20002-5686
Washington, DC 20001-2802


DC Office of Tax and Revenue              Demyria Myles                           Department of Buildings
1101 4th St., SW #270                     2440 S St., SE Unit 9                   1100 4th Street, SW
Washington, DC 20024-4457                 Washington, DC 20020-4586               Washington, DC 20024-4451


District of Columbia Water and Sewer Aut  Emonie Thompson                         Internal Revenue Service
1385 Canal Street, SE                     2440 S St., SE Unit 3                   PO Box 7346
Washington, DC 20003-5015                 Washington, DC 20020-4586               Philadelphia, PA 19101-7346


Juanita Hall                              Kemesha Nelson                          Massey Property Investors LLC
2440 S St., SE Unit 11                    2440 S St., SE Unit 4                   12320 Quilt Patch Ln.
Washington, DC 20020-4586                 Washington, DC 20020-4587               Bowie, MD 20720-4359


Michael D. Nord, Esq.                     Pepco                                   Pro Painting & Remodeling Inc.
Gebhardt & Smith LLP                      P.O. Box 13608                          15105 Jennings Ln.
One South Street Suite 2200               Philadelphia, PA 19101-3608             Bowie, MD 20721-7208
Baltimore, MD 21202-3343


Ronetta Higgins                           Sarina Washington                       Shanta A. Williams
2440 S St., SE Unit 6                     2440 S St., SE                          2440 S St., SE Unit 2
Washington, DC 20020-4587                 Washington, DC 20020-4554               Washington, DC 20020-4586


Shevonne Edmunds                          Summer Arrington                        TD Bank, N.A.
2440 S St., SE Unit 5                     2440 S St., SE Unit 1                   5900 N. Andrews Ave. Suite 200
Washington, DC 20020-4587                 Washington, DC 20020-4586               Fort Lauderdale, FL 33309-2371


Tiara Moses                               U. S. Trustee for Region Four           US Realty LLC
2440 S St., SE Unit 10                    U. S. Trustee's Office                  2300 N ST NW STE 300-RLK
Washington, DC 20020-4586                 1725 Duke Street                        Washington, DC 20037-1122
                                          Suite 650
                                          Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00189-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:58:10 EDT 2024 | 4400 HUNT PL NE, LLC<br>4400 HUNT PL NE #B1<br>Washington, DC 20019-3663 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Alicea Boots<br>4400 Hunt Place, NE Unit 104<br>Washington, DC 20019-3603 | Asia Taylor<br>4400 Hunt Place, NE Unit 200<br>Washington, DC 20019-3623 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Delonta Richardson<br>4400 Hunt Place, NE Unit 204<br>Washington, DC 20019-3629 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Edward Taylor<br>4400 Hunt Pl, NE Unit 102<br>Washington, DC 20019-3603 | Efrem Perkins<br>4400 Hunt Place, NE Unit 300<br>Washington, DC 20019-3632 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jamar Bush<br>4400 Hunt Place, NE Unit 203<br>Washington, DC 20019-3629 | Janae Caesar<br>4400 Hunt Place, NE Unit 303<br>Washington, DC 20019-3632 |
| Lisa Warren<br>4400 Hunt Place, NE Unit 301<br>Washington, DC 20019-3632 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | Richard Fulton<br>4400 Hunt Place, NE Unit 302<br>Washington, DC 20019-3632 | Sebrina Riggins<br>400 Hunt Pl, NE Unit 101<br>Washington, DC 20019 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Vanecia Walker<br>4400 Hunt Place, NE Unit 201<br>Washington, DC 20019-3623 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25