IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:**<br><br>**1416 EASTERN AVE NE LLC**<br>**945 LONGFELLOW ST NW LLC**<br>**2501 NAYLOR RD SE LLC**<br>**4303-13 WHEELER RD SE LLC**<br>**4263 6TH ST SE APARTMENTS LLC**<br>**4935 NHB AVE NE LLC**<br>**3968 MLK LLC**<br>**4010 9TH ST SE LLC**<br>**2440 S ST SE LLC**<br>**4400 HUNT PL NE LLC**<br><br>**Debtor.** | **Case No. 24-180-ELG**<br>**Case No. 24-181-ELG**<br>**Case No. 24-182-ELG**<br>**Case No. 24-183-ELG**<br>**Case No. 24-184-ELG**<br>**Case No. 24-185-ELG**<br>**Case No. 24-186-ELG**<br>**Case No. 24-187-ELG**<br>**Case No. 24-188-ELG**<br>**Case No. 24-189-ELG**<br><br>**Chapter 11**<br><br>**(NOT JOINTLY ADMINISTERED)** |

## THE UNITED STATES TRUSTEE'S EXHIBIT LIST FOR JULY 17, 2024 HEARING ON MOTION TO DIRECT THE APPOINTMENT OF CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a) OR, IN THE ALTERNATIVE, TO CONVERT CHAPTER 11 CASES

Gerard R. Vetter, Acting United States Trustee for Region 4 (the "U.S. Trustee"), by and through his undersigned counsel, provides the following list of exhibits regarding its Motion to Direct the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) or, in the Alternative, to Convert Chapter 11 Cases ("Motion"):

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| 1. | | | Evidence of Property Insurance for 1416 Eastern Avenue NE, Washington, DC 20019. |
| 2. | | | Evidence of Property Insurance for 945 Longfellow St NW, Washington, DC 20009 |
| 3. | | | Evidence of Property Insurance for 2501 Naylor Road, SE, Washington, DC 20020. |

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.s.Eustis@usdoj.gov

1

| | | | |
|---|---|---|---|
| 4. | | | Certificate of Property Insurance for 4301-4313 Wheeler Rd. SE, Washington, DC 20032. |
| 5. | | | Evidence of Property Insurance for 4263-67 6th St SE, Washington, DC 20032. |
| 6. | | | Evidence of Property Insurance for 4935 Nannie Helen Burroughs Ave, NE, Washington, DC 20019. |
| 7. | | | Evidence of Property Insurance for 3968 MLK Ave SW, Washington, DC 20032. |
| 8. | | | Evidence of Property Insurance for 4010 9th St SE, Washington, DC 20032-6052. |
| 9. | | | Evidence of Property Insurance for 2440 S Street SE, Washington, DC 20020. |
| 10. | | | Evidence of Property Insurance for 4400 Hunt Place NE, Washington, DC 20019. |
| 11. | | | May 2024 Monthly Operating Report for 2100 15th St SE LLC, Case No. 24-136 |
| 12. | | | May and June 2024 Operating Reports for **1416 EASTERN AVE NE LLC** |
| 13. | | | May and June 2024 Operating Reports for **945 LONGFELLOW ST NW LLC** |
| 14. | | | May and June 2024 Operating Reports for **2501 NAYLOR RD SE LLC** |
| 15. | | | May and June 2024 Operating Reports for **4303-13 WHEELER RD SE LLC** |
| 16. | | | May and June 2024 Operating Reports for **4263 6TH ST SE APARTMENTS LLC** |
| 17. | | | May and June 2024 Operating Reports for **4935 NHB AVE NE LLC** |
| 18. | | | May and June 2024 Operating Reports for **3968 MLK LLC** |
| 19. | | | May and June 2024 Operating Reports for **4010 9TH ST SE LLC** |
| 20. | | | May and June 2024 Operating Reports for **2440 S ST SE LLC** |

| 21. | | | May and June 2024 Operating Reports for **4400 HUNT PL NE LLC** |
|---|---|---|---|
| 22. | | | Limited Liability Company Operating Agreement of 945 Longfellow ST NW LLC |
| 23. | | | Operating Agreement of 1416 Eastern Ave NE LLC |

The U.S. Trustee reserves the right to amend, correct or supplement this list prior to the hearing on its Motion if circumstances warrant. The U.S. Trustee further reserves the right to use any exhibit identified by the Debtor or other parties in interest and to submit additional exhibits for impeachment and/or rebuttal purposes.

Date: July 16, 2024

GERARD R. VETTER
Acting United States Trustee, Region 4


By: /s/ *Kristen S. Eustis*
Kristen S. Eustis
DC Fed. Bar No. MD28984
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

       I hereby certify that on July 16, 2024, I electronically filed the foregoing Exhibit List with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in these cases:

Nancy L. Alper nancy.alper@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Emil Hirsch ehirsch@carltonfields.com, ewhittington@carltonfields.com; wdcecf@cfdom.net;tcarroll@carltonfields.com

William C. Johnson, Jr. William@JohnsonLG.Law, wcjjatty@yahoo.com; johnsonwr90391@notify.bestcase.com

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephon Woods stephon.woods@dc.gov


                                            */s/ Kristen Eustis*
                                            Kristen Eustis