The order below is hereby signed.

Signed: July 21 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

**In re:**

| | |
|---|---|
| **1416 Eastern Ave NE LLC,** | Case No. 24-00180-ELG |
| **945 Longfellow St NW LLC** | Case No. 24-00181-ELG |
| **2501 Naylor Rd SE LLC** | Case No. 24-00182-ELG |
| **4303-13 Wheeler Rd SE LLC** | Case No. 24-00183-ELG |
| **4263 6th St SE Apartments LLC** | Case No. 24-00184-ELG |
| **4935 NHB Ave NE LLC** | Case No. 24-00185-ELG |
| **3968 MLK LLC** | Case No. 24-00186-ELG |
| **4010 9th St SE LLC** | Case No. 24-00187-ELG |
| **2440 S St SE LLC** | Case No. 24-00188-ELG |
| **4400 Hunt Pl NE LLC** | Case No. 24-00189-ELG |
| **Debtors.** | Chapter 11 |

## ORDER DIRECTING JOINT ADMINISTRATION

On July 18, 2024, the Court ordered the appointment of a chapter 11 trustee in the above-captioned cases (the "Cases") under § 1104(a).[1] Under Bankruptcy Rule 1015(b), the Court may order the joint administration of cases involving related debtors. Upon consideration of the docket in each of the Cases, it is **ADJUDGED, ORDERED, and DECREED** that

---

[1] Unless specified otherwise, all chapter, code, and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532, and the Federal Rules of Bankruptcy Procedure, Rules 1001–9037. The Federal Rules of Civil Procedure are referred to as "Civil Rules."

1

1.  The Cases shall be jointly administered with the case of 1416 Eastern Ave NE LLC, 24-00180-ELG serving as the main case. All pleadings shall be filed in the main case. All pleadings not relating to all ten (10) debtors shall clearly state in the title thereto the name of the debtor(s) to which it applies.

2.  The caption of the jointly administered Cases shall be:

**In re:**

**1416 Eastern Ave NE LLC,** *et al.*[1]
**Debtor.**

**Case No. 24-00180-ELG**
**Chapter 11**
**Jointly Administered**

3.  A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG). All further pleadings and other papers in these cases shall be filed in, and all further docket entries shall be made in, Case No. 24-00180-ELG.

[Signed and dated above.]

Copies to: Debtor; Counsel for the Debtor; recipients of electronic notice.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).