US Trustee Form 11 - Monthly Operating Report
945 Longfellow St NW LLC
Case No. 24-00181
Lead Case No. 24-00180

Period ending 10/31/2024

Explanations:

Part 1. The Trustee obtained liability insurance for the property and made the monthly insurance premium of $239.99 for October 2024.  The Trustee also paid United States Trustee fees totaling $500 in October 2024.  Those payments were made from retainer funds for the jointly-administered cases. Those disbursements are reflected in Part 1.c. and Part 1.f.  The Trustee is holding the retainer funds in a trustee account at Axos bank.  A Form 2 report showing the receipt of the retainer and the payments of the monthly insurance premium and the United States Trustee fees is attached to the report filed in the main case (Case No. 24-00180).

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include the United States Trustee fees and the monthly insurance premium disclosed in Part 1 totaling $739.99.  We did not include those expenses made from the Trustee-held Axos Bank account in previous monthly operating reports.

Additionally, the Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00. A statement of account has not yet been received and therefore is not reflected in the August -October 2024 Monthly Operating Reports.

Information on the above items will be reflected in a future reporting period as information is obtained.

# 945 Longfellow St NE LLC

## MONTHLY OPERATIONAL SUMMARY REPORT

## OCTOBER 2024

**Prepared for:**

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







# Mark Albert Chapter 11 Trustee
## 945 Longfellow Street
### October 2024 Monthly Operational Summary

---

Below is a summary of the property management activity during the month of October 2024.

**Income: During** the month $11,501.67 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $18,150.00.**
See attached aged Delinquency Report for the month of October 2024.

**Vacancies – 5 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $00.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of October 31, 2024, the outstanding payable total was $3,750.00. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $00.00 (see attached check summary).

**Banking:**

1. Operating Account (TD Bank) – As of October 31, 2024, the account statement balance was $57,566.96. The available and reconciled cash balance as of October 31, 2024, was $57,566.96.

**945 Longfellow St NE LLC**
**Deposit Register**
**Deposit Date 10/01/2024 - 10/31/2024**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(longfell) - 3  10/01/2024** | | | | | | | |
| Perry,Shaquanda | 945 | 01 | t0008183 | 10-2024 | 10/1/2024 | 2,271.67 | 1001245 |
| Kumilachew,Kalkidan | 945 | 04 | t0008185 | 10-2024 | 10/1/2024 | 2,361.00 | 1001245 |
| Glasco,Fatima | 945 | 06 | t0008187 | 10-2024 | 10/1/2024 | 2,147.00 | 1001245 |
| Jordan,Markita | 945 | 07 | t0008188 | 10-2024 | 10/1/2024 | 2,361.00 | 1001245 |
| Vigil Hernandez,Maria | 945 | 09 | t0008189 | 10-2024 | 10/1/2024 | 2,361.00 | 1001245 |
| **Total (longfell) - 3  10/01/2024** | | | | | | **11,501.67** | |
| **Grand Total** | | | | | | **11,501.67** | |

**945 Longfellow St NE LLC**
**Income and Expense Statemen**
**Books = Cash**
**For the period ending October 31, 2024**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| 5121 | Housing Assist Payments | 11,501.67 | 11,501.67 |
| | **Total Rental Income** | 11,501.67 | 11,501.67 |
| | **Miscellaneous Income** | | |
| 5990 | Miscellaneous Income | - | 20,580.74 |
| | **Total Miscellaneous Income** | - | 20,580.74 |
| | **TOTAL INCOME** | $ 11,501.67 | $ 32,082.41 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| | Total Administrative Expenses | - | - |
| | **Utilities** | | |
| | Total Utilities | - | - |
| | **Operating & Maintenance Expense** | | |
| | Total Operating & Maintenance Expense | - | - |
| | **Insurance & Taxes** | | |
| | Total Insurance & Taxes | - | - |
| | **TOTAL OPERATING EXPENSE** | $ - | $ - |
| | **NET OPERATING INCOME/(LOSS)** | $ 11,501.67 | $ 32,082.41 |
| | **Financial Expenses** | | |
| | Total Financial Expenses | - | - |
| | **NET INCOME (LOSS)** | $ 11,501.67 | $ 32,082.41 |
| | **Replacement Reserve Item Expense** | | |
| | Total Replacement Reserve Item Expense | - | - |
| | **Other Cash Flow Items** | | |
| | Total Other Cash Flow Items | - | - |
| | **TOTAL CASH FLOW** | $ 11,501.67 | $ 32,082.41 |

**945 Longfellow St NE LLC**
**General Ledger (Cash)**
Month = Oct 2024

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Net Change=0.00** | | | 0.00 | 0.00 | 0.00 = Ending Balance = | |
| | Grand Total | | | | | 0.00 | 0.00 | | |

**945 Longfellow St NE LLC**
**Trial Balance**
**Period = Oct 2024**

| Account Title | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 46,065.29 | 11,501.67 | 0.00 | 57,566.96 |
| 2090 | Other Current Liabilities | (25,484.55) | 0.00 | 0.00 | (25,484.55) |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 5121 | Housing Assist Payments | 0.00 | 0.00 | 11,501.67 | (11,501.67) |
| 5990 | Miscellaneous Income | (20,580.74) | 0.00 | 0.00 | (20,580.74) |
| | **Total** | **0.00** | **11,501.67** | **11,501.67** | **0.00** |

**945 Longfellow St NE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Oct 2024**

| Account | Oct 2024 |
|---|---:|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 57,566.96 |
| **TOTAL CASH** | $ 57,566.96 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| Total Fixed Assets | $ - |
| **TOTAL ASSETS** | **$ 57,566.96** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 25,484.55 |
| **TOTAL CURRENT LIABILITIES** | $ 25,484.55 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 32,082.41 |
| **TOTAL OWNER'S EQUITY** | $ 32,082.41 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 57,566.96** |

# 945 Longfellow St NE LLC
## Residential Rent Roll
### As of Date 10/31/2024

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2br 945 | 0 | t0008183 | Shaquanda Perry | 2,271.67 | 2,361.00 | 0.00 | 0.00 | 8/27/2024 | | | 2,450.33 |
| 02 | 2br 945 | 0 | t0008184 | Ayesha Upshur | 1,175.00 | 1,175.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,350.00 |
| 03 | 2br 945 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 04 | 2br 945 | 0 | t0008185 | Kalkidan Kumilachew | 2,361.00 | 2,361.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,361.00 |
| 05 | 2br 945 | 0 | t0008186 | Marina Quintanilla-Doe | 2,631.00 | 2,631.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,262.00 |
| 06 | 2br 945 | 0 | t0008187 | Fatima Glasco | 2,147.00 | 2,147.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,147.00 |
| 07 | 2br 945 | 0 | t0008188 | Markita Jordan | 2,361.00 | 2,361.00 | 0.00 | 0.00 | 3/9/2023 | | | 2,361.00 |
| 08 | 2br 945 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 09 | 2br 945 | 0 | t0008189 | Maria Vigil Hernandez | 2,361.00 | 2,361.00 | 0.00 | 0.00 | 3/30/2023 | | | 2,361.00 |
| 10 | 2br 945 | 0 | t0008190 | Anthon Thomas | 1,465.00 | 1,465.00 | 0.00 | 0.00 | 9/1/2023 | | | 2,930.00 |
| 11 | 2br 945 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 12 | 2br 945 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 13 | 2br 945 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 14 | 2br 945 | 0 | t0008191 | Brenda Thompson | 2,147.00 | 2,147.00 | 0.00 | 0.00 | 9/1/2024 | | | 4,294.00 |
| 15 | 2br 945 | 0 | t0008192 | Kevin Gilchrist | 1,657.00 | 1,657.00 | 0.00 | 0.00 | 5/9/2023 | | | 3,314.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 20,666.00 | 0.00 | 0.00 | | | 29,830.33 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 20,576.67 | | | | 10 | 66.67% | |
| Vacant Units | 0 | 0.00 | | | | 5 | 33.33% | |
| Totals: | 0 | 20,576.67 | 20,666.00 | 0.00 | 0 | 15 | 100.00% | 29,830.33 |

**Aging Summary**

945 Longfellow St NE LLC (945)
Trans through: 10/24
Age As of: 10/31/2024

Page 7

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **945 - 945 Longfellow St NE LLC** | | | | | | | | | |
| 02 | t0008184 Current | Ayesha Upshur | 2,350.00 | 1,175.00 | 1,175.00 | 0.00 | 0.00 | 0.00 | 2,350.00 |
| 05 | t0008186 Current | Marina Quintanilla-Doe | 5,262.00 | 2,631.00 | 2,631.00 | 0.00 | 0.00 | 0.00 | 5,262.00 |
| 10 | t0008190 Current | Anthon Thomas | 2,930.00 | 1,465.00 | 1,465.00 | 0.00 | 0.00 | 0.00 | 2,930.00 |
| 14 | t0008191 Current | Brenda Thompson | 4,294.00 | 2,147.00 | 2,147.00 | 0.00 | 0.00 | 0.00 | 4,294.00 |
| 15 | t0008192 Current | Kevin Gilchrist | 3,314.00 | 1,657.00 | 1,657.00 | 0.00 | 0.00 | 0.00 | 3,314.00 |
| **Total 945 - 945 Longfellow St NE LLC** | | | 18,150.00 | 9,075.00 | 9,075.00 | 0.00 | 0.00 | 0.00 | 18,150.00 |
| **Grand Total** | | | 18,150.00 | 9,075.00 | 9,075.00 | 0.00 | 0.00 | 0.00 | 18,150.00 |

## 945 Longfellow St NE LLC
## Payable - Aging Summary
## Age as of =10/31/2024

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---:|---:|---:|---:|---:|
| **945 - 945 Longfellow St NE LLC** | | | | | |
| noble - Noble Realty Advisors LLC | 3,750.00 | 2,500.00 | 1,250.00 | 0.00 | 0.00 |
| **Total 945 Longfellow St NE LLC** | **3,750.00** | **2,500.00** | **1,250.00** | **0.00** | **0.00** |
| **Grand Total** | **3,750.00** | **2,500.00** | **1,250.00** | **0.00** | **0.00** |

## 945 Longfellow St NE LLC
## Payment Summary
### Payment Date = 10/01/2024 - 10/31/2024

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| **Grand Total** | | | | | **0.00** | |

**945 Longfellow TD Bank**

**Bank Reconciliation Report**
**10/31/2024**

███████3111

| | |
|---|---:|
| **Balance Per Bank Statement as of 10/31/2024** | 57,566.96 |
| **Reconciled Bank Balance** | **57,566.96** |
| | |
| **Balance per GL as of 10/31/2024** | 57,566.96 |
| **Reconciled Balance Per G/L** | **57,566.96** |
| | |
| **Difference**  (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

E    **STATEMENT OF ACCOUNT**

945 LONGFELLOW ST NW LLC
MARC ALBERT CHAPTER 11 TRUSTEE
1775 PENNSYLVANIA AVENUE N.W. SUITE 800
WASHINGTON DC  20006

Page: 1 of 2
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: 3111-717-E-***
Primary Account #: 3111

## TD Business Convenience Plus

945 LONGFELLOW ST NW LLC
MARC ALBERT CHAPTER 11 TRUSTEE

Account # 3111

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 46,065.29 | Average Collected Balance | 56,453.89 |
| Electronic Deposits | 11,501.67 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 57,566.96 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $140.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | CCD DEPOSIT, GREATER WASHINGT RENTAL PAY V0010585 | 11,501.67 |
| | Subtotal: | 11,501.67 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 46,065.29 | 10/04 | 57,566.96 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender