US Trustee Form 11 - Monthly Operating Report
945 Longfellow St NW LLC
Case No. 24-00181
Lead Case No. 24-00180

Period ending 11/30/2024

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 945 Longfellow St NE LLC

## MONTHLY OPERATIONAL SUMMARY REPORT

## NOVEMBER 2024

**Prepared for:**

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







# Mark Albert Chapter 11 Trustee
## 945 Longfellow Street
## November 2024 Monthly Operational Summary

---

Below is a summary of the property management activity during the month of November 2024.

**Income: During** the month $9,354.67 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $43,511.74.**
See attached aged Delinquency Report for the month of November 2024.

**Vacancies – 5 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $00.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of November 30, 2024, the outstanding payable total was $10,235.79. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $00.00 (see attached check summary).

**Banking:**

1. Operating Account (TD Bank) – As of November 30, 2024, the account statement balance was $1,000.00. The available and reconciled cash balance as of November 30, 2024, was $1,000.00.

2. Disbursement Account (Axos Bank) – As of November 30, 2024, the account statement balance was $00.00.  The available and reconciled cash balance as of November 30, 2024 was $11,245.79.

3. Owner's Account (Axos Bank) – As of November 30, 2024, the ledger balance was $54,675.84.

    The available and reconciled cash balance as November 30, 2024 was $54,675.84.

### 945 Longfellow St NE LLC
### Deposit Register
**Deposit Date = 11/01/2024 - 11/30/2024**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(longfell) - 4  11/05/2024** | | | | | | | |
| Perry,Shaquanda | 945 | 01 | t0008183 | 11-2024 | 11/5/2024 | 2,271.67 | ACH 110524 |
| Kumilachew,Kalkidan | 945 | 04 | t0008185 | 11-2024 | 11/5/2024 | 2,361.00 | ACH 110524 |
| Jordan,Markita | 945 | 07 | t0008188 | 11-2024 | 11/5/2024 | 2,361.00 | ACH 110524 |
| Vigil Hernandez,Maria | 945 | 09 | t0008189 | 11-2024 | 11/5/2024 | 2,361.00 | ACH 110524 |
| **Total (longfell) - 4  11/05/2024** | | | | | | **9,354.67** | |
| **Grand Total** | | | | | | **9,354.67** | |

**945 Longfellow St NE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending November 30, 2024**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| 5121 | Housing Assist Payments | 9,354.67 | 20,856.34 |
| | **Total Rental Income** | 9,354.67 | 20,856.34 |
| | **Miscellaneous Income** | | |
| 5990 | Miscellaneous Income | - | 20,580.74 |
| | **Total Miscellaneous Income** | - | 20,580.74 |
| | **TOTAL INCOME** | $ 9,354.67 | $ 41,437.08 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| | Total Administrative Expenses | - | - |
| | **Utilities** | | |
| | Total Utilities | - | - |
| | **Operating & Maintenance Expense** | | |
| | Total Operating & Maintenance Expense | - | - |
| | **Insurance & Taxes** | | |
| | Total Insurance & Taxes | - | - |
| | **TOTAL OPERATING EXPENSE** | $ - | $ - |
| | **NET OPERATING INCOME/(LOSS)** | $ 9,354.67 | $ 41,437.08 |
| | **Financial Expenses** | | |
| | Total Financial Expenses | - | - |
| | **NET INCOME (LOSS)** | $ 9,354.67 | $ 41,437.08 |
| | **Replacement Reserve Item Expense** | | |
| | Total Replacement Reserve Item Expense | - | - |
| | **Other Cash Flow Items** | | |
| | Total Other Cash Flow Items | - | - |
| | **TOTAL CASH FLOW** | $ 9,354.67 | $ 41,437.08 |

**945 Longfellow St NE LLC**
**General Ledger (Cash)**
Month = Nov 2024

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Net Change=0.00** | | | 0.00 | 0.00 | 0.00 = Ending Balance = | |
| | Grand Total | | | | | 0.00 | 0.00 | | |

**945 Longfellow St NE LLC**
**Trial Balance (Cash)**
**Month = Nov 2024**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1010 | Operating Cash | 57,566.96 | 0.00 | 56,566.96 | 1,000.00 |
| 1016 | Owner's Account | 0.00 | 54,675.84 | 0.00 | 54,675.84 |
| 1038 | Operating Account - 2 | 0.00 | 11,245.79 | 0.00 | 11,245.79 |
| 2090 | Other Current Liabilities | (25,484.55) | 0.00 | 0.00 | (25,484.55) |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 5120 | Rent Income | 0.00 | 0.00 | 0.00 | 0.00 |
| 5121 | Housing Assist Payments | (11,501.67) | 0.00 | 9,354.67 | (20,856.34) |
| 5990 | Miscellaneous Income | (20,580.74) | 0.00 | 0.00 | (20,580.74) |
| | **Grand Total** | **0.00** | **65,921.63** | **65,921.63** | **0.00** |

**945 Longfellow St NE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Nov 2024**

| Account | Nov 2024 |
|---|---:|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 1,000.00 |
| Owner's Account | 54,675.84 |
| Operating Account - 2 | 11,245.79 |
| **TOTAL CASH** | $ 66,921.63 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 66,921.63** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 25,484.55 |
| **TOTAL CURRENT LIABILITIES** | $ 25,484.55 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 41,437.08 |
| **TOTAL OWNER'S EQUITY** | $ 41,437.08 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 66,921.63** |

# 945 Longfellow St NE LLC
## Residential Rent Roll
### As of Date 11/30/2024

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2br 945 | 0 | t0008183 | Shaquanda Perry | 2,271.67 | 0.00 | 0.00 | 0.00 | 8/27/2024 | | | 4,909.74 |
| 02 | 2br 945 | 0 | t0008184 | Ayesha Upshur | 1,175.00 | 1,175.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,525.00 |
| 03 | 2br 945 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 04 | 2br 945 | 0 | t0008185 | Kalkidan Kumilachew | 2,361.00 | 2,361.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,361.00 |
| 05 | 2br 945 | 0 | t0008186 | Marina Quintanilla-Doe | 2,631.00 | 2,631.00 | 0.00 | 0.00 | 9/1/2024 | | | 7,893.00 |
| 06 | 2br 945 | 0 | t0008187 | Fatima Glasco | 2,147.00 | 2,147.00 | 0.00 | 0.00 | 9/1/2024 | | | 4,294.00 |
| 07 | 2br 945 | 0 | t0008188 | Markita Jordan | 2,361.00 | 2,361.00 | 0.00 | 0.00 | 3/9/2023 | | | 2,361.00 |
| 08 | 2br 945 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 09 | 2br 945 | 0 | t0008189 | Maria Vigil Hernandez | 2,361.00 | 2,361.00 | 0.00 | 0.00 | 3/30/2023 | | | 2,361.00 |
| 10 | 2br 945 | 0 | t0008190 | Anthon Thomas | 1,465.00 | 1,465.00 | 0.00 | 0.00 | 9/1/2023 | | | 4,395.00 |
| 11 | 2br 945 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 12 | 2br 945 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 13 | 2br 945 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 14 | 2br 945 | 0 | t0008191 | Brenda Thompson | 2,147.00 | 2,147.00 | 0.00 | 0.00 | 9/1/2024 | | | 6,441.00 |
| 15 | 2br 945 | 0 | t0008192 | Kevin Gilchrist | 1,657.00 | 1,657.00 | 0.00 | 0.00 | 5/9/2023 | | | 4,971.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 18,305.00 | 0.00 | 0.00 | | | 43,511.74 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 20,576.67 | | | | 10 | 66.67% | |
| Vacant Units | 0 | 0.00 | | | | 5 | 33.33% | |
| Totals: | 0 | 20,576.67 | 18,305.00 | 0.00 | 0 | 15 | 100.00% | 43,511.74 |

**Aging Summary**

945 Longfellow St NE LLC (945)
Trans through: 11/24
Age As of: 11/30/2024

Page 7

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| **945 - 945 Longfellow St NE LLC** | | | | | | | | | |
| 01 | t0008183 Current | Shaquanda Perry | 4,909.74 | 0.00 | 0.00 | 4,909.74 | 0.00 | 0.00 | 4,909.74 |
| 02 | t0008184 Current | Ayesha Upshur | 3,525.00 | 1,175.00 | 1,175.00 | 1,175.00 | 0.00 | 0.00 | 3,525.00 |
| 04 | t0008185 Current | Kalkidan Kumilachew | 2,361.00 | 0.00 | 0.00 | 2,361.00 | 0.00 | 0.00 | 2,361.00 |
| 05 | t0008186 Current | Marina Quintanilla-Doe | 7,893.00 | 2,631.00 | 2,631.00 | 2,631.00 | 0.00 | 0.00 | 7,893.00 |
| 06 | t0008187 Current | Fatima Glasco | 4,294.00 | 2,147.00 | 0.00 | 2,147.00 | 0.00 | 0.00 | 4,294.00 |
| 07 | t0008188 Current | Markita Jordan | 2,361.00 | 0.00 | 0.00 | 2,361.00 | 0.00 | 0.00 | 2,361.00 |
| 09 | t0008189 Current | Maria Vigil Hernandez | 2,361.00 | 0.00 | 0.00 | 2,361.00 | 0.00 | 0.00 | 2,361.00 |
| 10 | t0008190 Current | Anthon Thomas | 4,395.00 | 1,465.00 | 1,465.00 | 1,465.00 | 0.00 | 0.00 | 4,395.00 |
| 14 | t0008191 Current | Brenda Thompson | 6,441.00 | 2,147.00 | 2,147.00 | 2,147.00 | 0.00 | 0.00 | 6,441.00 |
| 15 | t0008192 Current | Kevin Gilchrist | 4,971.00 | 1,657.00 | 1,657.00 | 1,657.00 | 0.00 | 0.00 | 4,971.00 |
| **Total 945 - 945 Longfellow St NE LLC** | | | 43,511.74 | 11,222.00 | 9,075.00 | 23,214.74 | 0.00 | 0.00 | 43,511.74 |
| **Grand Total** | | | 43,511.74 | 11,222.00 | 9,075.00 | 23,214.74 | 0.00 | 0.00 | 43,511.74 |

## 945 Longfellow St NE LLC
### Payable - Aging Summary
#### Age as of =11/30/2024

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---:|---:|---:|---:|---:|
| **945 - 945 Longfellow St NE LLC** | | | | | |
| banish - Banish Pest LLC | 375.00 | 0.00 | 375.00 | 0.00 | 0.00 |
| Bernes - Bernardo Estiven | 1,460.00 | 0.00 | 1,460.00 | 0.00 | 0.00 |
| dkwaste - D&K Waste Removal LLC | 1,590.00 | 0.00 | 1,590.00 | 0.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 6,810.79 | 3,050.00 | 10.79 | 2,500.00 | 1,250.00 |
| **Total 945 Longfellow St NE LLC** | **10,235.79** | **3,050.00** | **3,435.79** | **2,500.00** | **1,250.00** |
| **Grand Total** | **10,235.79** | **3,050.00** | **3,435.79** | **2,500.00** | **1,250.00** |

**945 Longfellow St NE LLC**
**Payment Summary**
**Payment Date = 11/01/2024 - 11/30/2024**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| **Grand Total** | | | | | **0.00** | |

# 945 Longfellow TD Bank

## Bank Reconciliation Report
## 11/30/2024

**■■■■3111**

| | | |
|---|---|---:|
| **Balance Per Bank Statement as of 11/30/2024** | | **1,000.00** |
| | **Reconciled Bank Balance** | **1,000.00** |
| | | |
| **Balance per GL as of 11/30/2024** | | **1,000.00** |
| | **Reconciled Balance Per G/L** | **1,000.00** |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**TD Bank**
America's Most Convenient Bank®



STATEMENT OF ACCOUNT

945 LONGFELLOW ST NW LLC
MARC ALBERT CHAPTER 11 TRUSTEE
1775 PENNSYLVANIA AVENUE N.W. SUITE 800
WASHINGTON DC  20006

Page: 1 of 3
Statement Period: Nov 01 2024-Nov 30 2024
Cust Ref #: 3111-717-E-***
Primary Account #: 3111

## TD Business Convenience Plus

945 LONGFELLOW ST NW LLC
MARC ALBERT CHAPTER 11 TRUSTEE

Account # 111

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 57,566.96 | Average Collected Balance | 52,490.01 |
| Electronic Deposits | 9,354.67 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 65,921.63 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 1,000.00 | Days in Period | 30 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $140.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | CCD DEPOSIT, GREATER WASHINGT FRSP RENTA V0010585 | 9,354.67 |
| | Subtotal: | 9,354.67 |

**Checks Paid**  No. Checks: 1     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/25 | 426 | 65,921.63 |
| | Subtotal: | 65,921.63 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 57,566.96 | 11/25 | 1,000.00 |
| 11/05 | 66,921.63 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## How to Balance your Account

Page: 2 of 3

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    1,000.00
❷ Total Deposits    +
❸ Sub Total
❹ Total Withdrawals    -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
### America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

945 LONGFELLOW ST NW LLC
MARC ALBERT CHAPTER 11 TRUSTEE

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | 4385403111-717-E-*** |
| Primary Account #: | 3111 |



#426    11/25    $65,921.63



#426    11/25    $65,921.63

# 945 Longfellow Disbursements

## Bank Reconciliation Report
## 11/30/2024

**▇▇▇▇2778**

| | | |
|---|---|---:|
| **Balance Per Bank Statement as of 11/30/2024** | | **0.00** |

**Other Items**

| Date | Notes | Amount |
|---|---|---:|
| 11/26/2024 | Marc E Albert Trustee | 11,245.79 |
| **Plus/Minus:** | **Other Items** | **11,245.79** |
| | **Reconciled Bank Balance** | **11,245.79** |
| | | |
| **Balance per GL as of 11/30/2024** | | **11,245.79** |
| | **Reconciled Balance Per G/L** | **11,245.79** |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**Marc E Albert - Axos Bank**

**Bank Reconciliation Report**
**11/30/2024**

**XXXX0547**

| | | |
|---|---|---:|
| **Balance Per Bank Statement as of 11/30/2024** | | 54,675.84 |
| | **Reconciled Bank Balance** | **54,675.84** |
| | | |
| **Balance per GL as of 11/30/2024** | | 54,675.84 |
| | **Reconciled Balance Per G/L** | **54,675.84** |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 24-00181 | Trustee Name: Marc E. Albert DC Ch 11 |
| Case Name: 945 Longfellow St NW LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0547 |
| | Checking |
| Taxpayer ID No: XX-XXX9355 | Blanket Bond (per case limit): |
| For Period Ending: 12/17/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/24 | | 945 Longfellow St SW LLC<br>c/o Marc Albert, Trustee<br>1775 Pennsylvania Ave. NW<br>Ste 800<br>Washington, DC 20006 | Trustee Account Sweep from TD Bank Account | 0000-00 | $65,921.63 | | $65,921.63 |
| 11/26/24 | 2001 | 945 Longfellow St NW LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $11,245.79 | $54,675.84 |
| 12/10/24 | | 945 Longfellow St NW LLC<br>945 Longfellow St NW<br>Washington, DC 20019 | Account Sweep | 0000-00 | $9,354.00 | | $64,029.84 |
| 12/13/24 | 2002 | 945 Longfellow St NW LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $1,654.16 | $62,375.68 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:   $75,275.63   $12,899.95

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0547 - Checking | $0.00 | $0.00 | $62,375.68 |
|  | $0.00 | $0.00 | $62,375.68 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Marc E. Albert DC Ch 11    Date: 12/17/2024

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:                $0.00        $0.00